IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 27 PH 4: 54

ROBERT R. ___
CLERK, US DIST CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ZIAD SAID OZRAIL, <br><br> Plaintiff, <br><br> v. <br><br> Z BEST OIL CO., HAITHAM A. ALYOUSEF and NASSER OZRAIL, d/b/a Z BEST MARKET, <br><br> Defendants. | Civil Action No. 05-2287 BV |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Having considered the motion and statements of counsel for the parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

The Parties' motion is well-taken and should be granted. Specific dates amended are as follows:

1. Defendant's Answer to Plaintiff's Complaint will be due June 23, 2005.

Date: May 27, 2005

Duane K. ___
FEDERAL MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on ___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02287 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Frank P. Presta
NIXON & VANDERHYE, P.C.
1100 N. Glebe Road
8th Floor
Arlington, VA 22201

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable J. Breen
US DISTRICT COURT