IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 AM 8:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ZIAD SAID OZRAIL,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　) Civil Action No. 05-2287 B V
　　　　　　　　　　　　　　　　　　　)
Z BEST OIL CO. INC., HAITHAM A.　　　)
ALYOUSEF and NASSER OZRAIL,　　　　　)
d/b/a Z BEST MARKET,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　)

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

Upon Motion to Admit Counsel *Pro Hac Vice* filed herein by James R. Newsom III, a member of the bar of this Honorable Court,

IT IS ORDERED, ADJUDGED AND DECREED by the Court that:

Frank P. Presta, Attorney at Law, who is duly authorized to practice law in the United States District Court for the Northern District of Virginia, and is in good standing as a member of the bar of said Court, is hereby admitted *pro hac vice* in the above named case filed in this Court pursuant to pursuant to Local Rule 83.1(b).

IT IS SO ORDERED this 7th day of July, 2005.

_____
J. DANIEL BREEN.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-8-

939736

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02287 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Frank P. Presta
NIXON & VANDERHYE, P.C.
1100 N. Glebe Road
8th Floor
Arlington, VA 22201

Honorable J. Breen
US DISTRICT COURT