IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 AM 10: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| ZIAD SAID OZRAIL,            )<br>                              )<br>   Plaintiff,                 )<br>                              )<br>   v.                         )  Civil Action No. 05-2287-BV<br>                              )<br>Z BEST OIL CO. INC., HAITHAM A.)<br>ALYOUSEF and NASSER OZRAIL,  )<br>d/b/a Z BEST MARKET,          )<br>                              )<br>   Defendants.                )<br>                              )| |

### RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held on August 25, 2005.

Present were Frank P. Presta and James R. Newsom III, counsel for Plaintiff, and John

Hershberger, counsel for Defendants. At the conference, the following dates were established as

the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  September 8, 2005

JOINING PARTIES:  October 25, 2005

AMENDING PLEADINGS:  October 25, 2005

INITIAL MOTIONS TO DISMISS:  November 18, 2005

COMPLETING ALL DISCOVERY:  June 5, 2006

    (a)    DOCUMENT PRODUCTION:  January 27, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
            ADMISSIONS:  April 7, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-25-2005

(11)

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: April 7, 2006

(2) DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION: May 5, 2006

(3) EXPERT WITNESS DEPOSITIONS: June 5, 2006

FILING DISPOSITIVE MOTIONS: July 7, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a _jury_ trial, and the trial is expected to last 1 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

After the close of discovery, the parties will advise the Court if this case is appropriate for ADR, and whether court-annexed attorney mediation or private mediation should be conducted.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties _have_ consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

2

IT IS SO ORDERED.

*[Signature]*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: August 24, 2005

HARRIS SHELTON HANOVER WALSH, PLLC

By: *[Signature]*
James R. Newsom III (TDN 6683)
2700 One Commerce Square
Memphis, Tennessee 38103
(901) 525-1455

NIXON & VANDERHYE P.C.

Frank P. Presta, Esq.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203-1808
(703) 816-4041

Attorneys for Plaintiff

HERSHBERGER | PRICE, PLLC

By: *[Signature]* John Hershberger by express permission JRN
John Hershberger (TDN 021519)
239 Adams Avenue
Memphis, Tennessee 38103
(901) 525-5292

Attorneys for Defendants

Q:\JRN\WPF\Ozrail\Scheduling Order 081905.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02287 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Frank P. Presta
NIXON & VANDERHYE, P.C.
1100 N. Glebe Road
8th Floor
Arlington, VA 22201

Honorable J. Breen
US DISTRICT COURT