## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| ZIAD SAID OZRAIL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No. 05-2287-BV** |
| | ) |
| Z BEST OIL CO. INC., HAITHAM A. | ) |
| ALYOUSEF and NASSER OZRAIL, | ) |
| d/b/a Z BEST MARKET, | ) |
| | ) |
| **Defendants.** | ) |

### INITIAL DISCLOSURES OF ZIAD SAID OZRAIL

In accordance with Fed. R. Civ. P. 26(a)(1) and the Court's Rule 16(b) Scheduling

Order, dated August 24, 2005, Plaintiff, Ziad Said Ozrail ("Z. Ozrail") hereby serves the

following initial disclosures:

**Rule 26(a)(1)(A):**   The name and, if known, the address and telephone number of
each individual likely to have discoverable information that the
disclosing party may use to support its claims or defenses, unless
solely for impeachment, identifying the subjects of the
information.

As presently advised, the following persons are believed to have discoverable

information regarding Z. Ozrail's claims.  In this connection, however, certain

information relating to Z. Ozrail's claims is solely within the knowledge and possession

of persons known only to Defendants.  As a result, Z. Ozrail cannot identify such persons

at this time and, therefore, Z. Ozrail reserves the right to rely upon such persons or other

persons who later come to their attention.

Civil Action No. 05-2287-BV
4573-4

| Persons With Knowledge Of Facts | Anticipated Subjects Of Information |
|---|---|
| Ziad Said Ozrail<br>838 Shotwell Road<br>Memphis, Tennessee  38111<br>(901) 650-4321 | Plaintiff's use and registration of the mark Z MARKET; Defendants' infringement of Plaintiff's mark; and resulting damages |
| Z Best Oil Co., Inc.<br>3888 Macon Road<br>Memphis, Tennessee  38122<br>(901) 454-5800 | Defendants' use of the mark Z BEST MARKET; Defendants' infringement of Plaintiff's mark; and resulting damages. |
| Haitham A. Alyousef<br>3114 Holly Heath Drive<br>Memphis, Tennessee  38119 | Defendants' use of the mark Z BEST MARKET; Defendants' infringement of Plaintiff's mark; and resulting damages |
| Nasser Ozrail<br>3301 Knight Trails Circle<br>Apartment 107<br>Memphis, Tennessee  38115 | Defendants' use of the mark Z BEST MARKET; Defendants' infringement of Plaintiff's mark; and resulting damages |

**Rule 26(a)(1)(B):**   A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The following are the categories of documents, data compilations and/or tangible things in the possession, custody, or control of Z. Ozrail located at the offices of Z. Ozrail or its counsel of record that Z. Ozrail reasonably anticipates at present it may use to support its claims, unless solely for impeachment.

1.      Plaintiff's use and registration of the mark Z MARKET in the State of Tennessee;

2.      Defendants' use of the mark Z BEST MARKET and infringement of Plaintiff's mark;

3.      Plaintiff's damages resulting from Defendants' infringement of Plaintiff's mark;

989112

Civil Action No. 05-2287-BV
4573-4

4.      Plaintiff's commercial success and goodwill acquired by Plaintiff resulting

        from the use of Plaintiff's mark;

5.      Plaintiff's budget, sales, marketing and strategic operating plans;

6.      Actual confusion resulting from Defendants' use of the mark Z BEST

        MARKET and infringement of Plaintiff's mark;

7.      Plaintiff's prior communications with Defendants.

Identification and production by Z. Ozrail of the above categories of documents

shall not be construed as a waiver of attorney-client privilege, work-product immunity,

and/or any other privilege or exception afforded to Z. Ozrail under the law.  Z. Ozrail

reserves the right to supplement these documents.


Rule 26(a)(1)(C):      A computation of any category of damages claimed by the
                       disclosing party, making available for inspection and copying as
                       under Rule 34 the documents or other evidentiary material, not
                       privileged or protected from disclosure, on which such
                       computation is based, including materials bearing on the nature
                       and extent of injuries suffered.

Pending discovery as to the extent of Defendants' sales, profits and use of the

mark Z BEST MARKET, Z. Ozrail is unable to compute the damages arising out of

Defendants' infringement of Plaintiff's mark.  Damages would be computed, however, in

accordance with 15 U.S.C. §1117 and Tenn. Code Ann. §47-18-109 and §47-25-514, that

is, as the amount adequate to compensate Z. Ozrail for Defendants' infringement, but in

no event less than Defendants' profits and damages sustained by Plaintiff, together with

attorneys' fees, interest and costs as fixed by the Court.

**Rule 26(a)(1)(D):**      For inspection and copying as under Rule 34 any insurance
                       agreement under which any person carrying on an insurance
                       business may be liable to satisfy part of all of a judgment which

3

989112

Civil Action No. 05-2287-BV
4573-4

may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Z. Ozrail is not aware of any pertinent insurance policies at this time.

Dated:  September 7, 2005                **ZIAD SAID OZRAIL**


By _____
        James R. Newsom III
        Attorney for Plaintiff
        Harris Shelton Hanover Walsh PLLC
        2700 One Commerce Square
        Memphis, Tennessee 38103-2555
        Telephone:  901-525-1455-1455
        Facsimile:  901-526-4084

_____
Of Counsel:
Frank P. Presta
Nixon & Vanderhye
901 North Glebe Road
Suite 1100
Arlington, VA  22203
P - (703) 816-4041
F - (703) 816-4100
Fpp@nixonvan.com
Attorney for Plaintiff


                        **Certificate of Service**

        I hereby certify that a true and correct copy of the foregoing document has been mailed, First Class postage prepaid to John Hershberger, Hershberger Price, PLLC, 239 Adams Avenue, Memphis, Tennessee 38103, attorney for defendants, this 7th day of September, 2005.


                        _____
                        James R. Newsom III

4

989112