Subject: Consultation re: Motion to Compel production of documents named in Exhibit A to Plaintiff's deposition notice
Date: Friday, March 24, 2006 1:10 PM
From: John Hershberger <john@hershbergerprice.com>
To: "Jim Newsom, III" <jnewsom@harrisshelton.com>

Jim,
I received your objections to the Notice for Plaintiff's deposition.  I do not agree with you regarding the production of documents for the deposition.  First, this deposition is not "directed more at documents than testimony," as Mr. Ozrail is the Plaintiff and likely the main source of proof in this case.  Second, Mr. Ozrail is the only named Plaintiff, who has the burden of producing proof to support his claims, and I find it hard to believe that your single legal citation from a Massachussetts District Court is related to the same type of deponent.
I called your office about 15 minutes ago to discuss your response prior to filing a Motion to Compel.  As the deposition is set for Tuesday morning, I will likely call Judge Vescovo's secretary to see if the Judge is available for a conference regarding this matter, either this afternoon or next Monday.  I will let you know the substance of the conversation when I call.
Please feel free to contact me about this.  I will be in the office most of this afternoon.  If I am not in, please try my cell phone.
Thanks,
John


John Hershberger, Esq.
Hershberger|Price PLLC
239 Adams Avenue
Memphis, Tennessee 38103
Office: (901) 525-5524
Cell:   (901) 619-0981
Fax:    (901) 525-0290
Email:  john@hershbergerprice.com

Confidentiality Notice: This email message, including any attachments, may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, copying or forwarding of this email is strictly prohibited.  If you have received this message in error, please notify the sender immediately at (901) 525-5524 and delete this email message from your computer.

Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication, including attachments, was not written to be used and cannot be used for the purpose of (i) avoiding tax-related penalties under the Internal

Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.  If you would like a written opinion upon which you can rely for the purpose of avoiding penalties, please contact us.